SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIKHAIL A. KAPLUNOV,<br><br>             Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of Department of Homeland Security;<br>ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation;<br>EMILIO T. GONZALES, Director of U.S. Citizenship and Immigration Services;<br>FRANK SICILIANO, San Jose Field Office Director of U.S. Citizenship and Immigration Services;<br><br>             Defendants. | No. C 07-4667 JW<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, appearing pro *se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

///

///

Stipulation to Dismiss
C07-4667 JW                                  1

Each of the parties shall bear their own costs and fees.

Dated: October 31, 2007  Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: October 30, 2007                /s/
_____
MIKHAIL A. KAPLUNOV
*Pro se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
JAMES WARE
United States District Judge